UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------x

JACOB S. SHAKARCHY,

          Plaintiff,

    -against-

UNITED STATES OF AMERICA,

          Defendant.

--------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _8/6/13_

:

:         13 Civ. 0364 (JGK) (AJP)

:      **ORDER OF DISMISSAL ON CONSENT**

:

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on August 6, 2013, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the parties may reinstate the action within 90 days hereof if the settlement is not approved by the State Surrogate's Court (or similar appropriate process). Any pending motions are to be terminated as moot.

      SO ORDERED.

DATED:    New York, New York
          August 6, 2013

                                      **Andrew J. Peck**
                                      United States Magistrate Judge

Copies **ECF** to:    All Counsel
                    Judge John G. Koeltl